```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


MICHELE A. SPENCE,                )   1:10-cv-2079 OWW DLB
                                  )
          Plaintiff,              )   ORDER DISMISSING ACTION
                                  )
     v.                           )
                                  )
WELLS FARGO BANK, N.A.,           )
                                  )
          Defendant.              )
                                  )
_____)
                                  )   1:10-cv-2057 OWW GSA
MICHELE A. SPENCE,                )
                                  )
          Plaintiff,              )
                                  )
     v.                           )
                                  )
WELLS FARGO BANK, N.A.,           )
                                  )
          Defendant.              )
_____)
```

   These are duplicate cases.  Accordingly, case number 1:10-cv-2079 OWW DLB is DISMISSED without prejudice as all allegations and parties are contained within case number 1:10-cv-2057 OWW GSA.

   Any future hearings scheduled in case number 1:10-cv-2079 OWW DLB are VACATED.  All future pleadings and papers filed in
///

1

1 | **this action shall be filed in case number 1:10-cv-2057 OWW GSA.**
2 |
3 | IT IS SO ORDERED.
4 | **Dated:   December 22, 2010**               /s/ Oliver W. Wanger
  |                                         UNITED STATES DISTRICT JUDGE